No. 15-10614

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

   Plaintiff-Appellee,

      v.

EVELYN SINENENG-SMITH,

   Defendant-Appellant.
_____

**UNITED STATES' UNOPPOSED MOTIONS FOR A 30-DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC AND TO STAY THE MANDATE**

Plaintiff-appellee the United States of America moves this Court for (1) a 30-day extension of time in which to file a petition for panel rehearing or rehearing en banc in this case, and (2) to stay the mandate pending the United States' decision whether to file the petition and, if necessary, its filing of the petition, and a final disposition by this Court. A petition is currently due December 18, 2018. This motion would extend the deadline to January 17, 2019. This motion is made pursuant to Federal Rules of Appellate Procedure 27 and 41(b) and Ninth Circuit Rule 27-1 and is based on the accompanying declaration of Assistant United States Attorney Susan B. Gray.

Defendant-appellee Evelyn Sineneng-Smith, through counsel, does not oppose these motions.

DATED: December 4, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

MERRY JEAN CHAN
Acting Chief, Appellate Division

    /s/ Susan B. Gray
Susan B. Gray
Assistant United States Attorney

450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7200

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

No. 15-10614

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

       v.

EVELYN SINENENG-SMITH,

    Defendant-Appellant.
_____

**DECLARATION OF SUSAN B. GRAY SUPPORTING THE UNITED STATES' UNOPPOSED MOTIONS FOR A 30-DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC AND TO STAY THE MANDATE**

I, Susan B. Gray, declare:

1. I am an Assistant United States Attorney in the Northern District of California. I prepared the United States' answering brief in this appeal, and I appeared at the initial oral argument on April 18, 2017. I am currently one of the attorneys assigned this case.

2. A panel of this Court issued its decision on December 4, 2018, reversing the district court's judgment on two counts of encouraging and inducing an alien to remain in the United States for the purposes of financial gain, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(iv) & 1324(a)(1)(B)(i), which it found to be unconstitutional. The Court vacated the defendant's sentence on those counts and

remanded for resentencing on two counts of mail fraud in violation of 18 U.S.C. § 1341, which it had affirmed. The current deadline for the United States to file a petition for panel rehearing or rehearing en banc is December 17, 2018. For the reasons below, I am requesting a 30-day extension of that deadline and that the court stay the mandate pending the United States' decision whether to file the petition and, if necessary, its filing of the petition, and a final disposition by this Court.

3. The United States has not determined whether it will seek rehearing in this case and, in any event, cannot file a petition for rehearing en banc without first obtaining the approval of the Solicitor General. *See* 28 C.F.R. § 0.20(b). A 30-day extension is necessary for that process.

5. On December 4, 2018, defense counsel Daniel F. Cook told me by email that the defense has no objection to either of the United States' requests.

6. The defendant is not in custody and remains on bail pending remand to the district court for resentencing on the mail fraud convictions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 4, 2018, in San Francisco, California.

                                                /s/ Susan B. Gray
                                                Susan B. Gray
                                                Assistant United States Attorney