No. 15-10614

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

   Plaintiff-Appellee,

    v.

EVELYN SINENENG-SMITH,

   Defendant-Appellant.

_____

**APPELLANT'S UNOPPOSED MOTIONS FOR (1) A 30-DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC AND (2) TO STAY THE MANDATE**

Defendant-appellant Evelyn Sineneng-Smith moves this Court for (1) a 30-day extension of time in which to file a petition for panel rehearing and/or rehearing en banc in this case on the mail fraud count convictions affirmed on appeal, and (2) to the extent further necessary, to stay the mandate pending the final disposition by this Court of appellant's petition on those counts. The appellant's petition is currently due December 18, 2018. However, this Court, by order of December 5, 2018, granted the United States' unopposed motions (1) to extend the time for filing of any government petition for rehearing and/or rehearing en banc, extending the new date for filing of any such government petition to January 17, 2019, and (2) granting the government's unopposed motion to stay issuance of the mandate.

1

On December 4, 2018, the panel of this Court issued both an opinion (reversing the two convictions on the immigration counts) and a memorandum decision (affirming the two convictions on the mail fraud counts). This Court vacated the appellant's sentences on the remaining fraud and tax counts of conviction and remanded for resentencing on those counts.

These motions would extend the appellant's deadline to file any petition for rehearing and/or rehearing en banc to January 17, 2019, so that the petition filing dates for both parties track on the same schedule, and, to the extent further necessary in light of the stay of mandate already granted, stay any issuance of mandate on the mail fraud convictions affirmed in the memorandum decision. This motion is made pursuant to Federal Rules of Appellate Procedure 27 and 41(b) and Ninth Circuit Rules 27-1 and 41-2 and is based on the accompanying declaration of Daniel F. Cook, counsel for appellant Evelyn Sineneng-Smith.

Plaintiff-appellee the United States, through counsel, does not oppose these motions.

DATED: December 12, 2018        Respectfully submitted,

                                                   DANIEL F. COOK

                                                   __/s/ Daniel F. Cook__

                                                   P.O. Box 26
                                                 Bodega Bay, CA 94923
                                                 (415) 730-3075

                                                 Counsel for Defendant-Appellant
                                                 EVELYN SINENENG-SMITH

No. 15-10614

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

    v.

EVELYN SINENENG-SMITH,

    Defendant-Appellant.
_____

**DECLARATION OF DANIEL F. COOK IN SUPPORT OF APPELLANT'S UNOPPOSED MOTIONS FOR (1) A 30-DAY EXTENSION TO FILE A PETITION FOR PANEL REHEARING OR REHEARING EN BANC AND (2) TO STAY THE MANDATE**

I, Daniel F. Cook, make the following declaration:

1.    I am counsel of record for appellant Evelyn Sineneng-Smith in this appeal and a member in good standing of the Bar of this Court. I prepared the appellant's briefs in this appeal, and I appeared at both oral arguments on this appeal.

2.    On December 4, 2018, the panel of this Court issued both an opinion (reversing the two convictions on the immigration counts) and a memorandum decision (affirming the two convictions on the mail fraud counts). This Court vacated the appellant's sentences on the remaining fraud and tax counts of conviction and remanded for resentencing on those counts.

3.    On December 4, 2018, the appellee, the United States ("the

government"), filed unopposed motions (1) for a 30-day extension the time for the government to file any petition for rehearing and/or rehearing en banc, seeking a new filing date of January 17, 2019 for any such petition and (2) to stay issuance of the mandate. On December 5, 2018, this Court granted the motions, extending the government's filing date to January 17, 2019 and staying issuance of the mandate.

4. The current deadline for the appellant to file her petition for panel rehearing and/or rehearing en banc is December 18, 2018. For the reasons below, appellant requests a 30-day extension of that deadline, to and including January 17, 2019, and that this Court, to the extent even necessary in light of the already-granted stay of mandate, stay the mandate on the mail fraud counts pending resolution of any petitions for rehearing to be filed by the parties.

5. As a matter of efficient consideration of any such petitions for rehearing and/or rehearing en banc, and as a matter of judicial economy, this Court should grant appellant's motion so that the petition for rehearing process can track on the same schedule, with such petitions for rehearing being filed and distributed to the judges of this Court on the same time frame instead of on a piecemeal basis.

6. On December 12, 2018, Susan B. Gray, counsel for the government, advised me by email that the government has no objection to appellant's motions.

7. This motion is made in good faith and not for purposes of delay.

8. The appellant is not in custody and remains on bail pending this appeal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 12, 2018, in Bodega Bay, California.

/s/ Daniel F. Cook

Daniel F. Cook