**FILED**

FEB 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. EVELYN SINENENG-SMITH, Defendant-Appellant. | No. 15-10614  DC No. 5:10 CR-0414 RMW  ND Cal., San Jose  **O R D E R** |

Before: TASHIMA, BERZON, and HURWITZ, Circuit Judges.

The government's unopposed motion to stay the mandate is granted. Issuance of the mandate is stayed until May 6, 2019, and for any further period as provided in Fed. R. App. P. 41(d)(2), unless otherwise ordered by the court.