

U.S. Department of Justice

Criminal Division

*Appellate Section*          Washington, D.C. 20530

May 1, 2019

**Filed Electronically**

The Honorable Molly C. Dwyer
Clerk of Court
Court of Appeals for the Ninth Circuit

**Re: United States v. Evelyn Sineneng-Smith (No. 15-10614)**

Dear Ms. Dwyer:

       On February 14, 2019, this Court entered an order staying the mandate pending the possible filing of a petition for a writ of certiorari in the above-captioned case until May 6, 2019. Pursuant to Fed. R. App. P. 41(d)(2)(B)(i), the United States hereby notifies you that the Supreme Court has extended the time within which the United States may file a petition for a writ of certiorari in the above-captioned case to and including June 12, 2019. Additionally, as noted in the government's application for an extension submitted to the Supreme Court, the Solicitor General has authorized the filing of a petition for a writ of certiorari. Accordingly, the United States respectfully requests that this Court extend the stay of the mandate to and including June 12, 2019. *See* Fed. R. App. P. 41(d)(2)(B)(i) (providing that, if the time for filing a petition for a writ of certiorari has been extended, the stay of the mandate "continues for the extended period").

                                               Respectfully submitted,

                                               /s/ Andrew W. Laing
                                               ANDREW W. LAING
                                               Appellate Section
                                               Criminal Division
                                               U.S. Department of Justice
                                               (202) 353-8433
                                               andrew.laing@usdoj.gov

cc: All counsel (via ECF)