# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 30, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 03 2019

FILED _____
DOCKETED _____
DATE     INITIAL

Re: United States
v. Evelyn Sineneng-Smith
Application No. 18A1117
(Your No. 15-10614)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on April 30, 2019, extended the time to and including June 12, 2019.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Noel J. Francisco
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526